[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 5, 2005
THOMAS K. KAHN
CLERK

No. 04-15408
Non-Argument Calendar

_____

D.C. Docket No. 03-00281-CR-T-3-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN A. CASTRO ANICO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 5, 2005)

Before CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Juan A. Castro Anico, has filed

a motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders</u>

v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Anico's conviction and sentence is **AFFIRMED**.